*This case was not selected for publication in the Federal Reporter*
*[DO NOT PUBLISH]*

Sylvester BUTLER, Kelvin Frazier, Curt Massie, Jeremiah Thomas, Eugene E. Ulrath, et. al., Plaintiffs–Appellees,

v.

James McDONOUGH, in his official capacity, et. al., Defendants,

James Wilson, in his individual capacity, Defendant–Appellant.

No. 06–13662

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 30, 2006.

Frank Damon Kitchen, J. Ray Poole, Jr., Constangy, Brooks & Smith, LLC, Jacksonville, FL, for Defendant–Appellant.

Cassandra Jae Capobianco, Christopher Michael Jones, Kristen Cooley Lentz, Florida Institutional Legal Services, Gainesville, FL, George E. Schulz, Jr., Holland & Knight, J. Dixon Bridgers, III, Vernis & Bowling of North Florida, PA, Jacksonville, FL, Peter M. Siegel, Randall C. Berg, Jr., Miami, FL, for Plaintiffs–Appellees.

Before ANDERSON, BIRCH and FAY, Circuit Judges.

PER CURIAM:

This action is brought by a group of current and former inmates of the Florida Department of Corrections against multi-

ple current and former correctional officers. This appeal involves only one of many rulings by the district court; to wit: the denial of the motion to dismiss filed by defendant/appellant James Wilson as to the allegations made against him by plaintiff/appellee Jeremiah Thomas. The basis of the motion to dismiss is qualified immunity. We agree with the district court that the allegations of the Second Amended Complaint are sufficient to withstand this motion.[1]

AFFIRMED.

---

1. Of course, this ruling does not prevent the district court from revisiting the issue of qualified immunity after a full development of the evidence should the appellant present a motion for summary judgment.